Elayna J. Youchah, Bar No. 5837
youchahe@jacksonlewis.com
Dione C. Wrenn, Bar No. 13285
dione.wrenn@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant*
*Ranalli Zaniel Fowler & Moran, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHERI SHAINE, an individual;<br><br>Plaintiff,<br><br>v.<br><br>RANALLI ZANIEL FOWLER & MORAN, LLC; EMPLOYEE(S)/AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20, inclusive;<br><br>Defendants. | Case No. 2:16-cv-02360-GMN-VCF<br><br>ORDER GRANTING<br><br>**DEFENDANT'S REQUEST FOR EXCEPTION FROM ATTENDANCE AT EARLY NEUTRAL EVALUATION SESSION** |

Defendant RANALLI ZANIEL FOWLER & MORAN ("Defendant"), by and through its counsel, Jackson Lewis, P.C., respectfully requests an exception to the Early Neutral Evaluation ("ENE") Session attendance requirements. Specifically, Defendant requests that its insurer, Beazley Insurance Services ("Beazley"), be excused from attending the ENE in person and, instead, be allowed to attend telephonically. The representative for Beazley is located in California, but will, in fact, be attending a company-wide claims group meeting in New York on the day of the ENE. This meeting was pre-planned and payment of lodging and airfare has already occurred.

Beazley's representative therefore is unable to attend the ENE in person. Rather than move the ENE date, Defendant seeks this exception so that the Beazley representative may appear telephonically.[1]

For the above-stated reasons, Defendant respectfully requests Defendant's carrier be excused from in-person attendance and instead be allowed to attend the ENE currently scheduled for November 9, 2016, at 9:30 am, telephonically.

Dated this 14th day of October, 2016.

JACKSON LEWIS P.C.

  /s/ Elayna J. Youchah
Elayna J. Youchah, Bar No. 5837
Dione C. Wrenn, Bar No. 13285
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169

*Attorneys for Defendant*
*Ranalli Zaniel Fowler & Moran, LLC*

IT IS SO ORDERED.
Dated: October 14, 2016

_____
United States Magistrate Judge

---

[1] It is worth noting that the policy limit in this matter is $50,000.00. Requiring a representative of Beazley to appear would only serve to deplete funds that could otherwise be available for a settlement with Plaintiff.